IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

PATRICK CANTRELL, SR.
Reg. #22630-075                                                          PLAINTIFF

v.                          No. 2:18-cv-35-DPM

MICHELLE WINGO, P.A. at Forrest City;
SHEILA STINSON-WOODARD, Dr.;
BRENDA HOY, H.A.; GENE BEASLEY, Warden;
and D.J. HARMON, Acting Regional Director          DEFENDANTS

## ORDER

Unopposed recommendation, № 41, adopted. FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes). Motions, № 20 & № 33, granted. Cantrell's complaint will be dismissed without prejudice for failure to exhaust. An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

7 January 2019