IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

PATRICK CANTRELL, SR.
Reg. #22630-075                                                              PLAINTIFF

v.                              No. 2:18-cv-35-DPM

MICHELLE WINGO, P.A. at Forrest City;
SHEILA STINSON-WOODARD, Dr.;
BRENDA HOY, H.A.; GENE BEASLEY, Warden;
and D.J. HARMON, Acting Regional Director           DEFENDANTS

## JUDGMENT

Cantrell's complaint is dismissed without prejudice.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

7 January 2019